**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TIMOTHY BOOTH,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-0984** |
| : | |
| **THE CITY OF PHILADELPHIA** : | |
| **POLICE DEPARTMENT,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 7th day of April, 2025, upon consideration of Plaintiff Timothy Booth's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to mark this case closed.

                      **BY THE COURT:**

                      **/s/ John Milton Younge**
                      **JOHN MILTON YOUNGE, J.**